UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA JACQUELINESYLVI PHILLIPS STONE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C13-5137-JLR-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings, including a *de novo* hearing. On remand, the Administrative Law Judge ("ALJ") shall: 1) further evaluate plaintiff's mental impairments; 2) further evaluate Drs. C. Hart and J. Hart's opinions and give specific reasons for the weight assigned as set forth in Social Security Ruling 96-6p; 3) further consider plaintiff's residual functional capacity in accordance with Social Security Ruling 96-8p; and 4)

REPORT AND RECOMMENDATION
PAGE - 1

as warranted, obtain vocational expert evidence to clarify the effect of the assessed limitations on plaintiff's occupational base.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d). A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of July, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge